JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual, | Case No.: 2:21-cv-05292-RGK-JPR |
| Plaintiff, | *Hon. R. Gary Klausner* |
| v. | |
| DBD KAM LLC, a California limited liability company; NEL MAN LLC, a California limited liability company; and DOES 1-10, | [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |
| | Trial Date:   Not on Calendar |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Eric Cleveland's action against Defendants DBD KAM LLC and NEL MAN LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: February 18, 2022

Hon. R. Gary Klausner
United States District Judge